# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| RONNIE ODELL PARKER, <br> AIS 162167, | : | |
| | : | |
| Petitioner, | | |
| | : | |
| vs. | | CA 10-0016-WS-C |
| | : | |
| LOUIS BOYD, | | |
| | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 21, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** this 25th day of February, 2010.

     **s/WILLIAM H. STEELE**
     **CHIEF UNITED STATES DISTRICT JUDGE**