## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

RONNIE ODELL PARKER,     :
AIS 162167,

                            :

     Petitioner,

                            :

vs.                          CA 10-0016-WS-C

                            :

LOUIS BOYD,

                            :

     Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant

to 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d).

Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to

appeal *in forma pauperis*.

     **DONE** this 25th day of February, 2010.

                     s/WILLIAM H. STEELE
                    **CHIEF UNITED STATES DISTRICT JUDGE**